THOMAS P. QUINN, JR. (SBN 132268)
NOKES & QUINN
410 Broadway, Suite 200
Laguna Beach, CA 92651
Tel: (949) 376-3500
Fax: (949) 376-3070
Email: tquinn@nokesquinn.com

Attorney for Defendant EQUIFAX INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| VICTORIA ANTONIA,<br><br>Plaintiff,<br><br>vs.<br><br>EQUIFAX INC.,<br><br>Defendant. | Case No.: 2:18-cv-00401-TLN-CKD<br><br>**SECOND STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND ORDER**<br><br>**Complaint Served**: February 23, 2018<br>**Original Response Date**: March 16, 2018<br>**Current Response date**: April 16, 2018<br>**New Response Date**: 30 Days from Filing of Plaintiff's First Amended Complaint |

Plaintiff VICTORIA ANTONIA ("Plaintiff") and Defendant EQUIFAX INC. ("Defendant"), hereby stipulate as follows:

1. Plaintiff served Defendant on February 23, 2018.

2. Defendant's initial deadline to respond to the Complaint was March 16, 2018.

3. Plaintiff and Defendant initially agreed to extend the time 30 days for Defendant to respond to the Complaint up to and including April 16, 2018, so that Defendant would have

- 1 –
_____
SECOND STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND ORDER

NOKES & QUINN
410 Broadway, Suite 200
Laguna Beach, CA 92651
(949) 376-3500

additional time to investigate this matter and the parties could explore the possibility of settlement. Accordingly, on March 13, 2018, Defendant filed a stipulation between Plaintiff and Defendant to extend Defendant's time to respond to the Complaint up to and including April 16, 2018 (docket # 6).

4. On or about April 10, 2018, Plaintiff informed Defendant that she intended to file a First Amended Complaint. Accordingly, Plaintiff and Defendant agreed that Defendant's deadline to answer, move, or otherwise respond to the Complaint should be further extended to 30 days from the filing date of the First Amended Complaint, and therefore Plaintiff and Defendant submit this second stipulation to extend time to respond to the Complaint.

This change in response deadline will not alter the date of any event or any deadline already fixed by Court order, local rules, or the Federal Rules of Civil Procedure.

Respectfully submitted April 16, 2018:

    NOKES & QUINN

    /s/ Thomas P. Quinn, Jr.
    THOMAS P. QUINN, JR. (Bar No. 132268)
    NOKES & QUINN
    410 Broadway, Suite 200
    Laguna Beach, CA 92651
    Tel: (949) 376-3500
    Fax: (949) 376-3070
    Email: tquinn@nokesquinn.com
    Attorney for Defendant Equifax Inc.


    /s/ Elliot W. Gale (as authorized on 04/10/18)
    ELLIOT W. GALE (Bar No. 263326)
    SAGARIA LAW, P.C.
    3017 Douglas Blvd, Suite 200
    Roseville, CA 95661
    Tel: (408) 279-2288
    Fax: (408) 279-2299
    Email: egale@sagarialaw.com
    Attorney for Plaintiff

SECOND STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND ORDER

NOKES & QUINN
410 Broadway, Suite 200
Laguna Beach, CA 92651
(949) 376-3500

## **Signature Attestation**

I obtained the authorization of Elliot W. Gale to affix his signature to this stipulation and submit this stipulation on his behalf.

April 16, 2018  /s/ Thomas P. Quinn, Jr.
THOMAS P. QUINN, JR.

**ORDER**

Pursuant to stipulation, Defendant Equifax Inc. is granted a further extension to respond to Plaintiff's complaint until 30 days from the date that Plaintiff files her first amended complaint.

**IT IS SO ORDERED**

Dated: April 16, 2018

_____
Troy L. Nunley
United States District Judge

NOKES & QUINN
410 Broadway, Suite 200
Laguna Beach, CA 92651
(949) 376-3500

SECOND STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND ORDER